Filing # 81832929 E-Filed 12/07/2018 05:40:21 PM

COUNTY COURT
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

CARLOS RODRIGUEZ,
     Plaintiff,
vs.
JEFFERSON CAPITAL SYSTEMS, LLC, and
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP,
     Defendants.

_____/

**STATEMENT OF CLAIM**
**(JURY DEMAND)**

Plaintiff **Carlos Rodriguez** ("Rodriguez") sues Defendants **Jefferson Capital Systems**

**LLC** ("Jefferson Capital") and **Rausch, Sturm, Israel, Enerson & Hornik LLP** ("Rausch")

and and alleges:

**Jurisdiction and Venue**

1. This is an action for violation of the Fair Debt Collection Practices Act ("FDCPA"),

15 U.S.C. §1692 *et seq*.

2. This Honorable Court has original jurisdiction over this case according to §34.01(1)(c),

Florida Statutes.

3. This Honorable Court has personal jurisdiction over Jefferson Capital according to §

48.193, Florida Statutes, because Jefferson Capital operates, conduct, engages in or carries on a

business in this State.

4. This Honorable Court has personal jurisdiction over Rausch according to § 48.193,

Florida Statutes, because Rausch operates, conducts, engages in or carries on a business in this

State.

5. At all times material to this case the events alleged took place in Miami-Dade County,

so Miami-Dade County is the proper venue for this action.

**Parties**

6. Rodriguez is a natural person residing at all relevant times in Miami-Dade County, Florida.

7. Jefferson Capital is a corporation with its principal place of business in St. Cloud, MN.

8. Rausch is a limited liability partnership with its principal place of business in Clearwater, FL.

9. Rodriguez is a ''consumer'' as defined by the FDCPA's § 1692a(3).

10. Jefferson Capital is a "debt collector" as defined by the FDCPA's § 1692a(6) because it uses the instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of debts or because it regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

11. Rausch is a "debt collector" as defined by the FDCPA's § 1692a(6) because it regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

**The Debt**

12. The debt at issue in this case is a consumer "debt" as defined by the FDCPA's § 1692a(5) because it was incurred primarily for personal, family, or household purposes.

**Facts**

13. Jefferson Capital hired Rausch to collect the debt at issue in this case from Rodriguez.

14. Jefferson Capital hired Rausch to sue Rodriguez to collect the debt.

15. With respect to the debt Jefferson Capital sought to collect from Rodriguez, Rausch was acting as Jefferson Capital's collection agent.

16. Rausch's collection activities are imputed on or attributed to Jefferson Capital.

17. Jefferson Capital is vicariously liable for the collection activities carried out by Rausch on Jefferson Capital's behalf.

18. Rausch's actions in its attempt to collect the debt from Rodriguez are imputed on Jefferson Captial, so that Jefferson Capital is liable for Rausch's conduct.

19. Rausch is itself liable for its actions in its attempt to collect the debt from Rodriguez.

20. On or about December 11, 2017, Jefferson Capital, through Rausch, sued Rodriguez in a two-count complaint alleging unjust enrichment and account stated causes of action. A copy of the complaint (a.k.a., statement of claim) is attached as Exhibit *A*.

21. The state court collection case was captioned *Jefferson Capital LLC vs. Juan Rodriguez*, No. 2017-023100-SP-05 (the "Collection Case").

22. Jefferson Capital filed the Collection Case at the Dade County Courthouse located at 73 W. Flagler Street Miami, Florida 33130.

23. According to the summons in the Collection Case, Rodriguez was to appear at the Dade County Courthouse for a pretrial conference on February 6, 2018.  A copy of the summons is attached as Exhibit *B*.

## The Administrative Order

24. Eleventh Circuit Administrative Order No. 04-05 (attached as Exhibit *A*) divides Miami-Dade County into "County Court Districts". A copy of the administrative order is attached as Exhibit *C*.

25. Eleventh Circuit Administrative Order No. 04-05 delineates the geographic boundaries of the County Court Districts by zip codes.

26. The Dade County Courthouse encompasses the "Central District (05)".

27. The South Dade Justice Center Courthouse encompasses the "South District (26)".

**Distances and Travel Times**

28. At the time Rodriguez entered into a contract with the original creditor for the debt in the Collection Suit he resided at 6621 SW 162nd Ct, Miami, FL 33193.

29. At the time Rodriguez was sued by Jefferson Capital for the debt in the collection suit he resided at 6141 SW 128th Place, Miami, FL 33183.

30. Thus, according to Eleventh Circuit Administrative Order No. 04-05, Rodriguez resided in the "South District (26)" when he entered into a contract with the original creditor and when Jefferson Capital sued him.

31. The shortest *distance* route between Rodriguez's home and the Dade County Courthouse is approximately **19.4 miles** (via FL 836). *See* attached Exhibit *B* (Gooogle Maps printout).

32. The shortest *distance* route between Rodriguez's home and the South Dade Justice Center Courthouse is approximately **11.2 miles** (via FL Turnpike). *See* Exhibit *B*.

33. The shortest *time* route between Rodriguez's home and the Dade County Courthouse is approximately **31 minutes** (via Ronald Reagan Turnpike). *See* Exhibit *B*.

34. The shortest *time* route between Rodriguez's home and the South Dade Justice Center Courthouse is approximately **19 minutes** (via Ronald Reagan Turnpike). *See* Exhibit *B*.

35. Thus, the South Dade Justice Center Courthouse was closer and more convenient than the Dade County Courthouse for Rodriguez to appear and defend the Collection Case.

**Wrong District Filing**

36. Jefferson Capital **sued** Rodriguez in the "**Central District (05)**".

37. Jefferson Capital **should have sued** Rodriguez in the "**South District (26)**".

38. Jefferson Capital knew or should have known that its filing of the Collection Case in

a remote courthouse discouraged Rodriguez from appearing and defending the Collection Case.

39. Jefferson Capital knew or should have known that its filing of the Collection Case in a remote courthouse placed an unreasonable and more expensive burden on Rodriguez, which diminished his opportunity to appear, answer and defend the Collection Case.

## <u>COUNT I</u>
### [Violation of the FDCPA]

40. Plaintiff incorporates here preceding paragraphs 1 through 39.

41. This is an action for violations of the FDCPA.

42. The FDCPA's § 1692i(a)(2) required that Jefferson Capital sue Rodriguez in the "judicial district" or similar legal entity in which Rodriguez resided at the commencement of the action.

43. Jefferson Capital and Rausch violated 15 U.S.C. §1692i(a)(2) when they filed the Collection Case in the Coral Gables Courthouse instead of in the South Dade Justice Center Courthouse.

44. As a result of their violation of the FDCPA, Jefferson Capital and Rausch are liable to Rodriguez.

### Prayer for Relief

45. THEREFORE, Plaintiff prays that this Court enter judgment against Jefferson Capital and Rausch for:

a. Statutory damages, according to 15 U.S.C. § 1692k(a)(2)(A);

b. Costs, according to 15 U.S.C. § 1692k(a)(3);

c. Reasonable attorney's fees, according to 15 U.S.C. § 1692k(a)(3).

### Jury Trial Demand

46. Rodriguez demands trial by jury.

/s/  Leo Bueno
Leo Bueno, Fla. Bar #: 716261
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679, Coral Gables, FL  33114-1679
305-669-5260; 305-328-9301 [fax]
Leo@BuenoLaw.com


/s/ Joey D. Gonzalez
Joey D. Gonzalez, Fla. Bar #: 127554
JOEY GONZALEZ, ATTORNEY, P.A.
P.O. Box 145073, Coral Gables, FL 33114-5073
305-720-3114; 305-676-8998 [fax]
joey@joeygonzalezlaw.com

Attorneys for Plaintiff

Z:\- - - CLIENT FILES - - -\Rodriguez Carlos 0411\Rodriguez Carlos FDCPA Complaint Small Claims.docx

# Exhibit

# A

Filing # 65766379 E-Filed 12/22/2017 02:55:13 PM

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JEFFERSON CAPITAL SYSTEMS, LLC
    Plaintiff,                        CASE NUMBER:

vs.
                                     JUDGE:

CARLOS E RODRIGUEZ
    Defendant(s).
_____/        Our File #2769991

## COMPLAINT

    COMES NOW, the Plaintiff, JEFFERSON CAPITAL SYSTEMS, LLC, by and through its undersigned Counsel, and sues Defendant(s), CARLOS E RODRIGUEZ, and states as follows:

## GENERAL ALLEGATIONS

1.    This is an action for damages that does not exceed $5,000.00 and is within the jurisdictional limits of this Honorable Court.

2.    Plaintiff has been informed and believes that Defendant(s), CARLOS E RODRIGUEZ, currently reside(s) within the jurisdictional boundaries of MIAMI-DADE County, therefore making this Court the proper venue to bring the instant action.

3.    Upon Defendant's(s') request, COMENITY BANK (VICTORIA'S SECRET) established a credit account in the name of Defendant(s), CARLOS E RODRIGUEZ, either by application, telephone, or internet, and pursuant to the terms of said application issued a credit account bearing the account number **************3937.

4.    Prior to the commencement of this action, Plaintiff, JEFFERSON CAPITAL SYSTEMS, LLC, acquired Defendant's(s') account originated by COMENITY BANK (VICTORIA'S SECRET).

5.    Although numerous demands have been made by Plaintiff upon Defendant(s) for payment, there remains an amount due and owing.

6.    Plaintiff and its predecessors have duly performed all promises, conditions precedent, and agreements as required.

7.    A copy of the final statement is attached hereto and incorporated herein as Composite Exhibit A.

8.   Plaintiff has retained the law firm RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP for representation in this action.

9.   This is an attempt to collect a debt and any information obtained herein will be used for that purpose.

## COUNT 1- UNJUST ENRICHMENT

Plaintiff re-adopts and re-alleges allegations one (1) through nine (9) and further states as follows:

10.   COMENITY BANK (VICTORIA'S SECRET) conferred a benefit to and rendered valuable services on the Defendant(s) by opening a credit account and providing credit pursuant to a request made by Defendant(s).

11.   Defendant(s) received and used, or authorized the use of, the credit extended by COMENITY BANK (VICTORIA'S SECRET), knowing that COMENITY BANK (VICTORIA'S SECRET) expected to be repaid for all charges and advances incurred with said credit, together with interest there on.

12.   By COMENITY BANK (VICTORIA'S SECRET) extending the aforementioned benefits and services to Defendant(s) and by Defendant(s) utilizing said benefits and services, Plaintiff, JEFFERSON CAPITAL SYSTEMS, LLC, is entitled to be compensated for same.

13.   With each use of the credit account, COMENITY BANK (VICTORIA'S SECRET) paid money on behalf of Defendant(s) to the merchant or merchants with whom said account was used.

14.   Based on the facts and circumstances occurring between the parties to this lawsuit, it would be inequitable for Defendant(s) to retain the benefits bestowed upon it by COMENITY BANK (VICTORIA'S SECRET) without paying the value thereof.

15.   Defendant(s) has/have been unjustly enriched at the expense of, and to the detriment of COMENITY BANK (VICTORIA'S SECRET), for a total amount owed by Defendant(s) of $2,355.01 to Plaintiff, JEFFERSON CAPITAL SYSTEMS, LLC.

## COUNT 2- ACCOUNT STATED

Plaintiff re-adopts and re-alleges allegations one (1) through fifteen (15) and further states as follows:

16.   A final statement was sent to the Defendant(s) showing the balance due of $2,355.01 to which the Defendant(s) did not object. The account was charged off on or around January 9, 2017.

WHEREFORE, Plaintiff, JEFFERSON CAPITAL SYSTEMS, LLC, respectfully requests this Honorable Court enter Judgment in its favor against Defendant(s), CARLOS E RODRIGUEZ, in the sum of $2,355.01 together with court costs and any other just and further relief as this Honorable Court deems just and proper.

Date: December 11, 2017                             /s/ David Orr
                                                    Sarah C. Daley - Bar No. 105834
                                                    Stephen Bernhardt - Bar No. 86726
                                                    David Orr - Bar No. 0126095
                                                    RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP
                                                    ATTORNEY FOR PLAINTIFF
                                                    5801 Ulmerton Rd, Suite 201
                                                    Clearwater, FL 33760-3951
                                                    (877) 215-2552
                                                    lawfirmFL@rsieh.com

PAGE 1 OF 2

## Summary of account activity

Account no.

| | |
|---|---|
| Previous balance | $2,268.71 |
| Payments | 0.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 37.00 |
| Interest charged | 49.30 |
| **New balance** | **$2,355.01** |
| Past due amount | 695.00 |
| Credit limit | $0.00 |
| Available credit | $0.00 |
| Statement closing date | 01/09/2017 |
| Days in billing cycle | 31 |

## Payment information

| | |
|---|---|
| New balance | $2,355.01 |
| Minimum payment due | $810.00 |
| Payment due date | 02/04/2017 |

**Late payment warning:**
If we do not receive your minimum payment by 02/04/2017 you may have to pay up to a $37.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 7 years | $3,942 |

For information regarding credit counseling services, call 1-800-284-1706.

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| **Fees** | | |
| 01/04/2017 | LATE FEE | 37.00 |
| | Total fees charged for this period | $37.00 |
| **Interest charged** | | |
| | Interest charge on purchases | $49.30 |
| | Total interest for this period | $49.30 |

| 2017 totals year to date | |
|---|---|
| Total fees charged in 2017 | $37.00 |
| Total interest charged in 2017 | $49.30 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases | 25.2400% (v) | 2,299.57 (DA) | 49.30 |

## Additional important messages

**HELPFUL INFORMATION ON HOW TO AVOID PAYING INTEREST AND LATE FEES.** Your payment due date is at least 23 days after the close of each billing cycle. You will not be charged interest on purchases if you pay your entire balance by the due date each month. Also, you will not be charged a late fee if you pay the Minimum Payment Due by the due date and cutoff time for the payment method you select.

REDACTED BY RSIEH

NOTICE: See reverse side for important information.
Please tear at perforation above

## VICTORIA'S SECRET

| Account number | |
|---|---|
| New balance | Minimum payment |
| **$2,355.01** | **$810.00** |

99 4

☐ **Yes,** I have moved or updated my e-mail address - see reverse.

Amount enclosed:
Payment must reach us by 8 pm ET on **02/04/2017**.

$

Please make check payable to:
COMENITY - VICTORIA'S SECRET

CARLOS E RODRIGUEZ
6141 SW 128TH PL
MIAMI FL 33183-5471

Please return this portion along with your payment to:
PO BOX 659728
SAN ANTONIO TX 78265-9728

Exhibit A

Keep this portion for your records.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Comenity Bank PO Box 182782, Columbus, Ohio

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchase**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Comenity Bank PO Box 182782, Columbus, Ohio 43218-2782.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**HOW TO AVOID PAYING INTEREST.** Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. We will begin to charge interest on new purchases made under a Low APR, Equal Payment or Budget Payment Credit Plan from the date of purchase.

**BALANCE COMPUTATION METHOD.** We calculate interest separately for each balance using the method(s) described below. The two letters in parentheses next to the Balance Subject to Interest Rate column in the Interest Charge Calculation section on this statement corresponds to the following:

(DA) We figure the interest charge on this balance by applying the periodic rate to the "daily balance" for each day in the billing period. To get the "daily balance" we take the beginning balance each day, add any new transactions and fees and subtract any payments or credits (treating any net credit balance as a zero balance). This gives us the daily balance.

(MC) We figure the interest charge on this balance by applying the periodic rate to the "average daily balance" for the billing period. To get the "average daily balance" we take the beginning balance each day, add any new transactions and fees and subtract any payments or credits (treating any net credit balance as a zero balance). This gives us the daily balance. Then, we add up all the daily balances for the billing period and divide the total by the number of days in the billing period. This gives us the "average daily balance."

**PAYMENTS.** Pay your account by the payment due date by the time listed below. If we do not receive your payment in a correct format outlined below it may not be credited to your account for up to five days, or may be rejected. Also, your payment must reach us by the payment cutoff time that applies to the payment method you use.

Correct Format. Correct format for different payment methods include:

*Mailing or Overnight:* Send a personal check, money order, traveler's check or cashier's check payable in U.S. dollars, to the name and address shown on this Statement so the payment stub area containing your balance and minimum payment amount. Be sure to include your payment stub, do not staple or clip your payment to the stub, include your account number on your check, use the envelope provided with your Statement, send one payment stub and do not cross any correspondence with your payment. You should overnight a payment to 6360 North Loop East, Suite 101, San Antonio, TX 78247-5004 and the additional format requirements are the same as other mailed payments unless there is a dispute, in which case you follow the Payment, Marked "Paid in Full" as noted above. Do not send cash or gift certificates. *Pay By Phone:* You can call us toll free at 1-800-695-9478 (TDD/TTY 1-800-695-1788) to make a payment using our Customer Service automated telephone, where it may include a fee. *Online:* You can make a payment online at myepcard.com. *In-store:* You can make payments in-store.

Payment Cutoff Times. Payment cutoff times/deadlines for us to receive payments are by the due date on this Statement in the payment stub area at the following times: *Mailing and Overnight:* By 6:00 pm Eastern Time (ET); *Pay By Phone:* By 8:00 pm (ET); *Online:* By 8:00 pm (ET); and *In-store:* By the time the store closes at the location you make your payment.

**CREDIT REPORTING.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**NOTICE OF CREDIT REPORT DISPUTES.** If you believe the account information we reported to a consumer reporting agency is inaccurate, you may submit a direct dispute to Comenity Bank PO Box 182789, Columbus, Ohio 43218-2789. Your written dispute must provide sufficient information to identify the account and specify why the information is inaccurate.

- *Account Information:* Your name and account number
- *Contact Information:* Your address and telephone number
- *Disputed Information:* Identify the account information disputed and explain why you believe it is inaccurate
- *Supporting Documentation:* If available, provide a copy of the section of the credit report showing the account information you are disputing

We will investigate the disputed information and report the results to you within 30 days of receipt of the information needed for our investigation. If we find that the account information we reported is inaccurate, we will promptly provide the necessary corrections to each consumer reporting agency to which we reported the information.

**PAYMENTS MARKED "PAID IN FULL".** All written communications regarding disputed amounts that include any check or other payment instrument marked with "payment in full" or similar language, must be sent to 6360 North Loop East, Suite 101, San Antonio, TX 78247-5004.

**DO NOT USE THE ENCLOSED REMITTANCE ENVELOPE**
We may, in our payment sent to any other address without losing any of our rights.
No payment shall operate as an accord and satisfaction without prior written approval.

**CUSTOMER SERVICE.** Visit us at myepcard.com or call 1-800-695-9478 (TDD/TTY 1-800-695-1788).

**TELEPHONE MONITORING.** To provide you with high-quality service, phone communication with us is recorded and/or monitored.

**ADDITIONAL INFORMATION.** The following designations, when appearing on the front of your statement, mean the following: VI means variable rate (this rate may vary), VR (F) PAR RQ means WAIVE INTEREST, PAYMENT REQUIRED; WI (NF EQ PY means WAIVE INTEREST, EQUAL PAYMENT; WI (NF PY EQ LOW APR means WAIVE INTEREST, LOW PAYMENT, DF (NF EQ PY means DEFER INTEREST, EQUAL PAYMENT; DF (NF LOW PMT means DEFER INTEREST, LOW PAYMENT; and LOW APR (EQ PMT means LOW APR, EQUAL PAYMENT. If you have a variable rate account, your periodic rates may vary. You may pay all of your Account balance at any time without penalty.

Send all inquiries to: CUSTOMER SERVICE, PO Box 182273, Columbus, Ohio 43218-2273.

Send all bankruptcy notices and related correspondence to Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, Ohio 43216-2125.

**NOTICE ABOUT ELECTRONIC CHECK CONVERSION.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**New Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title (optional) _____ | First Name _____ | | | | MI _____ | |
| Last Name _____ | | | | Soc. Sec. No. _____ | | |
| Street Address _____ | | | | | | |
| Apt. No. _____ | RR _____ | | PO Box _____ | | | |
| City _____ | State _____ | | Zip Code _____ | | Foreign Map Code _____ | |
| Home Phone _____ | | Work Phone _____ | | | | |
| Email Address _____ | | | | | | |

# Exhibit

# B

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JEFFERSON CAPITAL SYSTEMS, LLC
    Plaintiff,

vs.

CARLOS E RODRIGUEZ
    Defendant(s).

_____/

CASE NUMBER: 2017-023100-SP-05

JUDGE:

Our File #2769991

## SUMMONS

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANTS(S), **CARLOS E RODRIGUEZ, 6141 SW 128TH PL, MIAMI FL 33183-5471**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the MIAMI-DADE County Courthouse in Courtroom # 6-4, located at 73 WEST FLAGLER ST, MIAMI, FL 33130 on 02/06/2018 at 1:30PM, for a PRETRIAL CONFERENCE before a judge of this court

### IMPORTANT — READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME.
### DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY

    The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

    A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to probe the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is not agreement as to where suit may be filed where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to the first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

**AMERICANS WITH DISABILITIES ACT:  If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

A copy of the statement of claim shall be served with this summons.

DATED at _____, Florida, on _____ JAN 0 8 2019. _____

**Stephanie Casseus**

_____
As Clerk of the County Court

# Exhibit
# C

**THE ELEVENTH JUDICIAL CIRCUIT**
**MIAMI-DADE COUNTY, FLORIDA**

**CASE NO.  04-1**
**(Court Administration)**

**ADMINISTRATIVE ORDER**
**NO.  04-05**

**(Rescinding Administrative Order No.**
**97-19, Administrative Order No. 97-19**
**A1 and Administrative Order No. 2-07)**

**IN RE:  RE-ESTABLISHMENT AND**
**JURISDICTION OF COUNTY COURT**
**DISTRICTS**

_____

      **WHEREAS**, pursuant to Administrative Order No. 97-19, as amended by Administrative Order No. 97-19-A1 (collectively the "Administrative Order"), the Court deemed it necessary, for the prompt and efficient filing and assignment of cases in the various, previously established County Court Districts ("Districts"), to relocate some of the court facilities in the Districts and define the jurisdiction of such Districts in a more precise and objective manner; and

      **WHEREAS**, in view of the changes which have occurred within the Districts since the enactment of the Administrative Order, the Court has determined that it is once again necessary to re-establish and define the jurisdiction of the respective Districts;

      **NOW, THEREFORE,** pursuant to the authority vested in me as Chief Judge of the Eleventh Judicial Circuit of Florida, it is hereby **ORDERED**:

    1.    <u>**Location of County Court Districts**</u>.

      The location of the County Court Districts shall be the following:

      **- Central District (05)**, located at the Dade County Courthouse, 73 West Flagler Street, Miami (civil actions), and the Richard E. Gerstein Justice Building, 1351 Northwest 12th Street, Miami (criminal, traffic offenses and infractions);

      **- North Central (Caleb) District (20)**, located at the Joseph Caleb Community Center, 5400 Northwest 22nd Avenue, Miami provides limited services by the Clerk of the Court.  All pending matters, designated for section (20), filed prior to January

1, 2004, will be re-assigned amongst the six (6) judicial sections at the Dade County Courthouse. Pending cases filed after January 1, 2004, will be designated (21) for handling at the Northwest District;

- **Northwest District (21)**, located at 11 East 6th Street, Hialeah;

- **North District (23)**, located at 15555 Biscayne Boulevard, Miami;

- **East District (24)**, located at 1130 Washington Avenue, Miami Beach;

- **South Central District (25)**, located at 3100 Ponce de Leon Boulevard, Coral Gables; and

- **South District (26)**, located at the South Dade Government Center, 10710 Southwest 211th Street, Miami.

2.    **Boundaries of County Court Districts.**

Each of the following County Court Districts shall consist of the geographic areas located within the zip codes as indicated below:

**Central District (05)**

| | | | | | |
|---|---|---|---|---|---|
| 33109 | 33122 | 33125 | 33126 | 33127 | 33128 |
| 33129 | 33130 | 33131 | 33132 | 33133 | 33135 |
| 33136 | 33137 | 33142 | 33145 | 33147 | 33149 |
| 33150 | 33166 | 33172 | 33174 | 33182 | 33184 |
| 33192 | 33194 | | | | |

**North Central District (20)**
(Limited services; use zip code to determine the District in which to file cases.)

**Northwest District (21)**

| | | | | | |
|---|---|---|---|---|---|
| 33010 | 33012 | 33013 | 33014 | 33016 | 33018 |
| 33178 | | | | | |

**North District (23)**

| | | | | | |
|---|---|---|---|---|---|
| 33015 | 33054 | 33055 | 33056 | 33138 | 33160 |
| 33161 | 33162 | 33167 | 33168 | 33169 | 33179 |
| 33180 | 33181 | | | | |

- 2 -

**East District (24)**

33139 33140    33141    33154

**South Central District (25)**

33134    33143    33144    33146    33155    33165
33173

**South District (26)**

33030    33031    33032    33033    33034    33035
33039    33156    33157    33158    33170    33175
33176    33177    33183    33185    33186    33187
33189    33190    33193    33196

3.    **Filing in County Court Districts**

(a)    **Mandatory Filing**:

All actions for recovery of possession of property under Chapters 82 and 83 of the Florida Statutes; all actions for damages under Chapter 82 of the Florida Statutes and actions for the recovery of rent or rent security deposits in which the demand involved does not exceed Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest and attorney's fees, shall be filed in the District in which the real property is located.

(b)    **Optional Filing**:

Except as provided under subparagraph 3(a) above, the venue for filing all other actions at law of a civil nature in which the demand or value of property involved does not exceed Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest and attorney's fees, shall be controlled and determined, at the option of the plaintiff, by Sections 47.011, 47.021, 47.041, 47.051 and 47.061 of the Florida Statutes

4.    **Traffic and Penal Cases**.

Traffic and penal cases may be assigned for trial at any County Court facility, or any other facility, for the convenience of parties, witnesses and police officers.

5.    **Landlord/Tenant Cases**.

Landlord/tenant cases should be filed in the District with the zip code that corresponds with the zip code for the property.

- 3 -

6.      **Jury Trials**.

Jury trials in civil, criminal and traffic offenses may be assigned to and heard at any County Court facility.

7.      **North Central (Caleb) Branch Court Annex.**

The window in the public service counter at the Dade County Courthouse to accept only those cases that would ordinarily be filed at the North Central Branch Court, as designated by Administrative Order No. 2-07, is hereby closed.

Administrative Order No. 97-19, as amended by Administrative Order No. 97-19- A1, entered in Case No. 97-1 (Court Administration) and Administrative Order No. 2-07, entered in Case No. 02-1 (Court Administration), are hereby rescinded in their entirety and held for naught.

This Order shall become effective on July 6, 2004 and shall remain in effect until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami-Dade, Florida, this _____ day of June, 2004.

_____
**JOSEPH P. FARINA, CHIEF JUDGE**
**ELEVENTH JUDICIAL CIRCUIT OF FLORIDA**

# Exhibit
# D

**Google** Maps    6141 SW 128th Pl, Miami, FL 33183 to 73 West Flagler    Drive 19.4 miles, 31 min
Street, Miami, FL



Map data ©2018 Google    2 mi

🚗  via FL-836                                    31 min

Fastest route, lighter traffic than usual    19.4 miles
⚠️ This route has tolls

🚗  via FL-112 E                                  34 min

22.8 miles

🚆  12:14 PM—1:28 PM          1 h 14 min

🚶 › 🚌 72 › 🚈 RAIL



Google Maps   6141 SW 128th Pl, Miami, FL 33183 to 10710 SW 211 St, Cutler Bay, FL 33189   Drive 11.2 miles, 19 min

🚗 **via Ronald Reagan Turnpike**   19 min

Fastest route, the usual traffic   11.2 miles

⚠ This route has tolls

🚗 **via SW 127th Ave and Ronald Reagan Turnpike**   23 min

13.3 miles

🚌 12:10 PM—1:23 PM   1 h 13 min

🚶 ＞ 🚌 137