UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-22926-Civ-COOKE/GOODMAN

CARLOS RODRIGUEZ,
    Plaintiff,

vs.

JEFFERSON CAPITAL SYSTEMS, LLC and
RAUSCH, STURM, ISRAEL, ENERSON &
HORNIK, LLP,
    Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

    Carlos Rodriguez ("Plaintiff"), in accordance with this Court's *Order of Referral and Order Regarding Court Practices and Procedures* [DE 7], files this statement of claim and alleges:

### *Conduct Complained Of*

    On or about December 11, 2017, Jefferson Capital System, LLC and Raush, Sturm, Israel, Enerson & Hornik, LLP (collectively the "Defendants") filed a lawsuit[1] against Plaintiff in Florida state court to collect a consumer debt alleging unjust enrichment and account stated (the "collection case"). According to the summons in the collection case, Plaintiff was to appear on February 6, 2018 at the Dade County Courthouse located at 73 W. Flagler Street in Miami, FL 33130.

    The Fair Debt Collection Practices Act ("FDCPA") § 1692i(a)(2) requires that Defendants sue Plaintiff in the "judicial district" or similar legal entity in which Plaintiff signed the contract sued upon or resided at the commencement of the action.

---

[1] *Jefferson Capital LLC vs. Carlos Rodriguez,* No. 2017-023100-SP-05

At the time Plaintiff entered into the contract sued upon in the collection case he resided at 6621 SW 162nd Ct, Miami, FL 33193. At the time Plaintiff was sued by Defendants, he resided at 6141 SW 128th Place, Miami, FL 33183.

The Eleventh Circuit Administrative Order No. 04-05 (the "Administrative Order") divides Miami-Dade County into "County Court Districts" by delineating the geographic boundaries of the County Court Districts by zip codes. According to the Administrative Order the Dade County Courthouse is part of the "Central District (05)" and the South Dade Justice Center Courthouse is part of "South District (26)."

Thus, according to the Administrative Order, Plaintiff resided within the boundaries of the "South District (26)" when he entered into the contract sued upon or Defendants sued him. Plaintiff asserts that the Defendants violated the FDCPA when they filed the collection case at the Dade County Courthouse rather than the South Dade Justice Center. It would have taken Plaintiff 19 minutes or 11.2 miles to travel to the South Dade Justice Center Courthouse. In contrast, Plaintiff was to travel 31 minutes or 19.4 miles to appear and defend the collection case in the Dade County Courthouse.

*Relief Requested*

Plaintiff request statutory damages and cost and reasonable attorney's fees according to the §§ 1692k(a)(2)(A) and 1692k(a)(3).

Respectfully submitted on August 25, 2019

By /s/ Joey D. Gonzalez
Joey D. Gonzalez
Fla. Bar#: 127554
JOEY GONZALEZ, ATTORNEY, P.A.

P.O. Box 145073, Coral Gables, FL 33114-5073
305-720-3114; 305-676-8998 [fax]
joey@joeygonzalezlaw.com

*/s/* Leo Bueno
Leo Bueno, Fla. Bar#: 716261
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679, Coral Gables, FL 33114-1679
305-669-5260
Leo@BuenoLaw.com

Attorneys for Plaintiff
